OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 22 201

10/15/2015
JOHNSON, BEULAH LEE   Tr. Ct. No. 14-20109-A                    WR-77,876-04
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

BEULAH LEE JOHNSON
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC # 2014532
P. O. BOX 26007
BEAUMONT, TX 77720

BN3B  77720